

CHIEF JUSTICE
JOSH R. MORRISS, III

JUSTICES
BAILEY C. MOSELEY
RALPH K. BURGESS

*Court of Appeals*
*Sixth Appellate District*
*State of Texas*

CLERK
DEBRA K. AUTREY

BI-STATE JUSTICE BUILDING
100 NORTH STATE LINE AVENUE #20
TEXARKANA, TEXAS 75501
903/798-3046

March 23, 2015

Gary Moore
TDCJ-ID#1363198
Allred Unit
2101 FM 369 N
Iowa Park, TX    76367

| In Re: | Gary Moore v. State of Texas |
|---|---|
| Cause No: | 06-14-00056-CR |

In response to your recent correspondence to the Court:

( )        This case has not been filed in this Court of Appeals as of this date.

( )        Your case was filed in this Court on

( )        The date of submission of your case to the Court is not presently known.

( )        Your case is set for oral argument on

(X)       Your case was submitted to the Court on February 6, 2015.  The opinion was issued
February 25, 2015 affirming the trial court's judgment.  Please contact your attorney for
additional information.

Clerk's Office

cc:   William Randell Johnson

Gary Moore
#1363198
Allred Unit
2101 F.M. 369 N
Iowa Park, Tx. 76367

RECEIVED IN
The Court of Appeals
Sixth District

MAR 2 3 2015

Texarkana, Texas
Debra Autrey, Clerk

DATE: 3-16-15

Court of Appeals
Bi-State Justice Building
100 North State Line Avenue #20
Texarkana, Tx. 75501

In Re: Gary Moore v. State
Case No: 06-14-00056-CR

Dear Clerk of Court,

I would like to know the date of submission of my case to the court.

Respectfully Requested